

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Frank D. Quinn
Executive Secretary
Texas State Parks Board
Austin, Texas

Dear Sir:

Opinion No. 0-5434
Re: Whether the Texas State Parks
Board, or any other agency,
has the authority to lease
for oil and gas any portion
of a State park. And related
questions.

In your letter of November 1, 1943, you request
our opinion as follows:

"We respectfully request an opinion from
you, as to whether or not the Texas State Parks
Board can lease any portion of Tyler State Park
or any other State Park for oil and gas prospect-
ing and/or development.

"If the Texas State Parks Board does not
have this power, who has the authority to lease
State Park lands under the jurisdiction of the
Texas State Parks Board for oil and gas pros-
pecting and/or development, or how can said
authority be secured?"

We have been unable to find any legislative act
authorizing the Texas State Parks Board to lease any State
Park for oil and gas. It is a well settled rule that public

Hon. Frank D. Quinn, Page 2


officers and administrative and governmental boards possess only such powers as are expressly conferred upon them by law or are necessarily implied from the powers so conferred. 34 Tex. Jur. 440.

The Texas State Parks Board is an agency of the State and is authorized to solicit donation to the State of tracts of land to be used by the State for the purpose of public parks and/or recreation areas. Article 6068 V.A.C.S. Nothing in the Act creating such Board expressly authorizes it to execute oil and gas leases, and such power can not be implied from its powers expressly granted to "solicit donation to the State of tracts of land . . . to be used by the State for the purpose of public parks and/or recreation areas . . . ." We answer your first question, no.

We have been able to find only two Acts of the Legislature authorizing any agency of the State to execute oil and gas leases upon State Park lands. First, House Bill No. 711, Ch. 198, p. 430, Acts R. S. of the 41st Legislature, 1929, (Art. 5421b V. A. C. S.) authorizes the Commissioner of the General Land Office to lease all public lands lying beneath or adjacent to the waters of Caddo Lake for mineral purposes. Caddo Lake is a State Park under your jurisdiction.

Second, Senate Bill No. 94, Ch. 32, p. 55, Acts of the 41st Legislature, Fourth Called Session, 1930 (Article 3183a V. A. C. S.) created a board and authorized it to lease lands of the State which were owned or held as State Eleemosynary and State Memorial Park lands. The Texas State Parks Board does not have jurisdiction over Memorial Parks.

In answer to your second question, in the absence of any express legislative authority, except with reference to Caddo Lake State Park, we do not believe any State agency has authority to lease any other State Park under your jurisdiction for oil and gas purposes, and that it will take an act of the Legislature to confer such authority.

Trusting that the above fully answers your questions, we are

Yours very truly

1943

ATTORNEY GENERAL OF TEXAS

By